IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| Timothy J. Wolf, | ) | Civil Action 2:09-1950 DCN RSC |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | CONSENT ORDER GRANTING |
| v. | ) | MOTION TO DISMISS |
| | ) | |
| James Vernon Stewart, Tideland IV, Inc., and Tideland IV, LLC d/b/a Tidelands Ford Lincoln Mercury, | ) | |
| Defendants. | ) | |

Defendants have filed a motion to dismiss certain Plaintiff's claims against the Defendants. The parties have consented to the dismissal of the claims raised by the motion, and hereby consent to the dismissal of the following claims against the following defendants:

1. As to all Defendants:

    a. Plaintiff's cause of action for wrongful discharge in violation of public policy/retaliatory discharge;

    b. Plaintiff's cause of action for violation of S.C. Code Ann. § 1-13-80 (unlawful employment practice); and

    c. Plaintiff's cause of action for violation of S.C. Code Ann. § 1-13-80 (sexual discrimination/harassment).

2. As to the individual defendant, James Vernon Stewart:

a. Plaintiff's Title VII (retaliation) cause of action; and

b. Plaintiff's Title VII (hostile work environment) cause of action.

3. As to Tideland IV, Inc.:

a. Plaintiff's assault and battery causes of action;

b. Plaintiff's causes of action for intentional infliction of emotional distress; and

c. Plaintiff's negligent supervision cause of action.

In addition, with the consent of all parties, the court hereby dismisses all causes of action against Tideland IV, LLC with prejudice.[1] The court further grants the remainder of Defendants' Motion to Dismiss pursuant to the consent of the parties as set forth above.

_____
David C. Norton
Chief United States District Judge

Charleston, South Carolina
November 9, 2009

| WE CONSENT: | WE CONSENT: |
|---|---|
| s/Robert L. Reibold | s/Stephanie P. McDonald |
| H. Clayton Walker, Jr. ID 4489 | Stephanie P. McDonald, ID 6294 |
| Robert L. Reibold, ID 6624 | Senn, McDonald & Leinbach, LLC |
| WALKER & REIBOLD | Post Office Box 12279 |
| Post Office Box 61140 | Charleston, South Carolina 29422-2279 |
| Columbia, South Carolina 29260 | (843) 556-4045 |
| (803) 454-0955 | |
| ATTORNEYS FOR DEFENDANTS | ATTORNEYS FOR PLAINTIFF |

---

[1]As defense counsel has indicated that Tideland IV, LLC is not the proper corporate defendant in this matter, the parties consented to the dismissal of Tideland IV, LLC with prejudice.